FILED
2013 Mar-19 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ERNEST R. WALDROP, JR.,         }
                                }
     Plaintiff,                 }
                                }        CIVIL ACTION NO.
v.                              }        13-AR-0185-S
                                }
PORTFOLIO RECOVERY ASSOCIATES,  }
LLC,                            }
                                }
     Defendant.                 }

## ORDER

The court having been informed that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **thirty (30) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 18th day of March, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE